

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00312-CV

**IN THE INTEREST OF M.R.P.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00799
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the May 16, 2022 Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED October 12, 2022.

_____
Beth Watkins, Justice